# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00255-CV

**De Mayo Cellular, Inc. and Archana Mehra, Appellants**

**v.**

**Lakehills South, L.P., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-16-002901, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants De Mayo Cellular, Inc. and Archana Mehra have filed a motion to dismiss their appeal, explaining that they have settled their dispute with appellee Lakehills South, L.P. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed: August 12, 2016